JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. MICHAEL BALZARINI,<br><br>        Plaintiff,<br><br>   v.<br><br>RALPH DIAZ et al.,<br><br>        Defendants. | Case No. 5:18-cv-01962-RGK (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

*/s/ Gary Klausner*

DATED: February 8, 2022

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE